**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**WILLIAM E. SMITH,**                                                            **PLAINTIFF**
**#651930**

**V.**                                 **CASE NO. 4:20-CV-125-BRW-BD**

**LANCE BONDS,** *et al***.**                                              **DEFENDANTS**

## ORDER

I have received a Recommendation (Doc. No. 30) from Magistrate Judge Beth Deere, and

the parties have not filed objections. After careful review, I approve and adopt in its entirety.

Mr. Smith's claims against the Defendant Jane Doe are DISMISSED, without prejudice.

His motion to amend his complaint and his motion for service (Doc. Nos. 28, 29) are DENIED,

as moot.

The Clerk is instructed to terminate Jane Doe as a party Defendant.

IT IS SO ORDERED, this 23rd day of June, 2020.


Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE