IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIAM E. SMITH,** **PLAINTIFF**
**#651930**

V.  CASE NO. 4:20-CV-125-BRW-BD

**LANCE BONDS,** *et al.*  **DEFENDANTS**

## ORDER OF DISMISSAL

The Court has received a Recommendation for dismissal, filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

The Defendants' motion for summary judgment (Doc. No. 43) is GRANTED. Mr. Smith's claims are DISMISSED, with prejudice.

IT IS SO ORDERED this 24th day of May, 2021.

                                            Billy Roy Wilson
                                            UNITED STATES DISTRICT JUDGE