IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WILLIAM E. SMITH, #651930                                                                PLAINTIFF

V.                  CASE NO. 4:20-CV-125-BRW-BD

LANCE BONDS, *et al.*                                                  DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 24th day of May, 2021.


                                         Billy Roy Wilson
                                         UNITED STATES DISTRICT JUDGE